# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00032-CV

---

**In re Avery Cato**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Avery Cato, a pro se inmate in the Texas Department of Criminal Justice, has filed a "Motion to W[ith]draw Subpoena," in which he appears to contend that officers lacked probable cause to arrest him for terroristic threat. Because Cato seeks release from what he characterizes as a "false imprisonment," we construe his motion as an original pretrial application for writ of habeas corpus. *See State v. Atkinson*, 541 S.W.3d 876, 880 (Tex. App.—Houston [14th Dist.] 2017, no pet.) ("[T]he substance of (and relief requested in) a motion—not its label—controls the motion's character."); *see also Ex parte Kerr*, 64 S.W.3d 414, 419 (Tex. Crim. App. 2002) ("The purpose of a writ of habeas corpus is to obtain a speedy and effective adjudication of a person's right to liberation from illegal restraint.").

This Court does not have original habeas-corpus jurisdiction in criminal cases. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding); *see* Tex. Code Crim. Proc. art. 11.05 (listing courts with authority to issue writ of habeas corpus in criminal proceedings); *In re Arnett*, No. 03-24-00234-CV, 2024 WL 3892451, at *1 (Tex. App.—Austin Aug. 22, 2024, orig. proceeding) (mem. op.) ("As an intermediate appellate court,

our habeas-corpus jurisdiction in criminal matters is appellate only."). Our original habeas jurisdiction is limited to cases in which a person's liberty is restrained because he or she has violated an order, judgment, or decree entered in a civil case. Tex. Gov't Code § 22.221(d); *see* Tex. Const. art. V, § 6 (providing that courts of appeals "shall have original or appellate jurisdiction, under such restrictions and regulations as may be prescribed by law").

Accordingly, we dismiss Cato's application for want of jurisdiction. *See Arnett*, 2024 WL 3892451, at *1.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Jurisdiction

Filed: January 24, 2025

Do Not Publish

2